Dismissed and Memorandum Opinion filed May 27, 2004









Dismissed and Memorandum Opinion filed May 27, 2004.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-04-00378-CR

____________

 

RICHARD JONES,
Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 



 

On Appeal from the
185th District Court

Harris County,
Texas

Trial Court Cause No. 977,514

 



 

M E M O R A N D U M   O P I N I O N

Appellant entered a guilty plea to criminal mischief causing
pecuniary loss of more than $1,500 but less than $20,000.  In accordance with the terms of a plea
bargain agreement with the State, on March 19, 2004, the trial court sentenced
appellant to confinement for   four years
in the Institutional Division of the Texas Department of Criminal Justice.  Appellant filed a pro se notice of
appeal.  Because appellant has no right
to appeal, we dismiss.  








The trial court entered a certification of the defendant=s right to appeal in which the court
certified that this is a plea bargain case, and the defendant has no right of
appeal.  See Tex. R. App. P. 25.2(a)(2).  The trial court=s certification is included in the
record on appeal.  See Tex. R. App. P. 25.2(d).

Accordingly, we dismiss the appeal.  

 

 

PER CURIAM

 

Judgment rendered and Memorandum
Opinion filed May 27, 2004.

Panel consists of Justices Yates,
Anderson, and Hudson.

Do Not Publish C Tex. R. App.
P. 47.2(b).